UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FIREHAWK AEROSPACE, INC., | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:25-CV-1005-X |
| JOLENE JONES, | § § § | |
| *Defendant.* | § § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Firehawk Aerospace Inc.'s (Firehawk) application for a preliminary injunction. (Doc. 8). The Court granted Firehawk's application for a temporary restraining order on May 8, 2025.[1] The Court ordered Defendant Jolene Jones to file a response by May 15, 2025 at 11:59 PM.[2] She failed to do so. Because the standards for granting a preliminary injunction and a temporary restraining order are identical,[3] the Court need not repeat its analysis here. Accordingly, the Court incorporates by reference its analysis from its order granting the temporary restraining order and **GRANTS** the preliminary injunction on the terms identified in that order.[4] Firehawk shall serve this order on Jones by any means within 24 hours.

---

[1] Doc. 10 at 8.

[2] Doc. 10 at 7.

[3] *May v. Wells Fargo Home Mortg.*, No. 3:12-CV-4597-D, 2013 WL 2367769, at *1 (N.D. Tex. May 30, 2013) (Fitzwater, C.J.).

[4] Doc. 10 at 7.

**IT IS SO ORDERED** this 16th day of May, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE