IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FIREHAWK AEROSPACE, INC, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | Civil Action No. 3:25-cv-01005-X |
| JOLENE JONES, | § § § | |
| *Defendant.* | § | |

## PLAINTIFF'S FIRST AMENDED EXHIBIT LIST

COMES NOW Plaintiff Firehawk Aerospace, Inc. ("Firehawk"), and submits this First Amended Exhibit List for the hearing on Plaintiff's Motion for Contempt. Firehawk reserves the right to amend or supplement this Exhibit List as allowed by applicable law or order of this Court.

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED | WITH-DRAWN | NOT ADMITTED |
|---|---|---|---|---|---|
| 1. | Employment Agreement | | | | |
| 2. | TikTok video posted on July 18th, 2025 | | | | |
| 3. | TikTok video caption posted on July 20th, 2025 | | | | |
| 4. | LinkedIn caption posted on or around May 24th, 2025 | | | | |
| 5. | LinkedIn post posted on or around July 15th, 2025 | | | | |
| 6. | LinkedIn caption posted on or around July 15th, 2025 | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED | WITH-DRAWN | NOT ADMITTED |
|---|---|---|---|---|---|
| 7. | Twitter post posted on July 21st, 2025 | | | | |
| 8. | Text message from Jolene Jones on or around July 22nd, 2025 | | | | |
| 9. | LinkedIn caption posted on or around July 8th, 2025 | | | | |
| 10. | LinkedIn caption posted on or around June 23rd, 2025 | | | | |
| 11. | LinkedIn caption posted on or around June 22nd, 2025 | | | | |
| 12. | LinkedIn caption posted on or around July 15th, 2025 | | | | |
| 13. | LinkedIn Caption posted on or around July 22nd, 2025 | | | | |
| 14. | Email from Jones regarding "settlement" on July 25, 2025. | | | | |
| 15. | LinkedIn post posted on July 30, 2025, regarding refugee status in Mexico | | | | |
| 16. | Instagram post from July 30, 2025, regarding refugee status in Mexico; "What contempt hearing?" | | | | |
| 17. | LinkedIn post on or around July 25, 2025 | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED | WITH-DRAWN | NOT ADMITTED |
|---|---|---|---|---|---|
| 18. | LinkedIn post on or around July 25, 2025, regarding failure to file | | | | |
| 19. | LinkedIn post on or around July 26, 2025, regarding court filings | | | | |
| 20. | LinkedIn post on or around July 24, 2025 | | | | |

Respectfully submitted,

*/s/ Frank Hill*
Frank Hill – State Bar No. 09632000
fhill@hillgilstrap.com
**HILL GILSTRAP, P.C.**
1400 W. Abram Street
Arlington, Texas 76013
(817) 261-2222 – Telephone
(817) 861-4685 – Fax

**ATTORNEY FOR PLAINTIFF**
**FIREHAWK AEROSPACE, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served in accordance with the Federal Rules of Civil Procedure this 30th day of July 2025 in the below manner:

*Via ECF and Email:*
Jolene Jones
Pro Se Defendant
jolene.jones90@gmail.com
Rapid City, South Dakota
(406) 471-0052 – Telephone

**PRO SE DEFENDANT**

/s/ *Frank Hill*
Frank Hill