UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FIREHAWK AEROSPACE, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-1005-X |
| | § | |
| JOLENE JONES, | § | |
| | § | |
| *Defendant.* | § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Plaintiff's Second Motion for Substituted Service of Process on Defendant Jolene Jones under Fed. R. Civ. P. 4(e)(1) and Tex. R. Civ. P. 106. Having considered the Motion and evidence, the Court finds that good cause exists to grant Plaintiff's motion. For the reasons that follow, the Court GRANTS Plaintiff's Motion. Additionally, the Court extends Plaintiff's deadline to serve Jones until September 26, 2025.

IT IS HEREBY ORDERED that Plaintiff may serve Defendant Jolene Jones under Fed. R. Civ. P. 4(e)(1) and Tex. R. Civ. P. 106 using the following method:

1.      emailing a copy of the summons and complaint to Defendant's current email address (jolene.jones90@gmail.com).

IT IS FURTHER ORDERED that Plaintiff file a return of service including a sworn statement setting out the date of emailing service of process and copies of the emails used to send service of process.

1

IT IS FURTHER ORDERED that service of process upon Defendant will be deemed complete upon compliance with this Order, regardless of whether Defendant agrees to service via the means set forth in this Order.

**IT IS SO ORDERED** this 12st day of September 2025.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE